### Jaffa SPURLOCK v. STATE.

#### No. 21057.

Court of Criminal Appeals of Texas.

May 8, 1940.

L. B. Hightower and V. A. Collins, both of Livingston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder with malice, and his punishment assessed at fifteen years' confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.